**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6278**

---

MARSHALL STOWE,

                              Petitioner - Appellant,

          versus

JOSEPH BROOKS, Warden,

                              Respondent - Appellee.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Richard L. Voorhees, District Judge.  (CR-96-46, CA-01-9)

---

Submitted:  August 28, 2001      Decided:  September 10, 2001

---

Before WILLIAMS, MOTZ, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Marshall Stowe, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Marshall Stowe appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Stowe v. Brooks, Nos. CR-96-46; CA-01-9 (W.D.N.C. Jan. 31, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED